IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | MC 123-021 |
| GOOD EARTH PRODUCE & GARDEN CENTER, LLC, | ) ) ) | |
| Respondent. | ) | |

**ORDER TO SHOW CAUSE**

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause Why Administrative Subpoena Should Not Be Enforced. Subpoena No. AT-23-019 was served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on April 24, 2023, in the investigation of Charge No. 410-2022-02873. The Commission having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated in the subpoena, it is hereby

**ORDERED** that Respondent appear on Thursday, September 28, 2023, at 10:00 a.m., in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia 30901, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

**ORDERED** that the Equal Employment Opportunity Commission serve Respondent with a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support, on or before September 11, 2023, and file proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure. Process server James Pantell of Accurate Serve Atlanta is hereby specially appointed to make this service; it is further

**ORDERED** that Respondent file and serve its answer to the Application no later than September 25, 2023.

The Clerk of Court is **ORDERED** to serve attorney Joseph Rhodes a copy of this Order to Show Cause, along with the EEOC's Application and Memorandum in Support, via the email address on file with the Clerk of Court.

SO ORDERED this 28th day of August, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA