IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | :<br>:<br>: |
| Plaintiff, | :    MISC. ACTION NO.:<br>:    1:23-MC-00021-JRH-BKE |
| v. | :<br>: |
| GOOD EARTH PRODUCE & GARDEN CENTER, LLC | :<br>:<br>: |
| Respondent. | :<br>: |

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION TO EXTEND TIME TO SERVE SHOW CAUSE ORDER AND MOTION FOR CONTINUANCE

COMES NOW Plaintiff Equal Employment Opportunity Commission (the "EEOC") and files this, its Motion to Extend Time to Serve Show Cause Order and Motion for Continuance. The EEOC has been diligently pursuing service of Rick Catts, the registered agent for Respondent Good Earth Produce & Garden Center, LLC ("Respondent") by the Court's deadline of September 11, 2023. Although Mr. Catts has not been cooperative, the EEOC expects to accomplish service very soon. In addition, prior to filing this action, the undersigned was scheduled to be out of state from September 24 through September 28. The Court scheduled a hearing in

1

this case for September 28, 2023. As a result, pursuant to this Court's Local Rule 40.1, the EEOC seeks a continuance. Therefore, the EEOC respectfully requests that the Court GRANT this motion, extend the time to serve Respondent by one week until September 18, 2023, and continue the case from the September 28, 2023, calendar to another date convenient to the Court.

On August 28, 2023, the Court ordered the EEOC to serve Respondent with a copy of the Show Cause Order (the "Order") [Doc. No. 2]. Within minutes of the issuance of the Order, the EEOC emailed the Order, the EEOC's Application for an Order to Show Cause, and the attachments thereto, to James Pantell, the process server the Court specially appointed to effect service on Respondent.

On August 31, 2023, the process server began making attempts to serve Mr. Catts at the address listed for him with the Georgia Secretary of State's Office, which upon information and belief is the address for the business operated by Respondent. Mr. Catts was not available, but the process server had an employee call him. Mr. Catts said to have the documents sent to his attorney, but he would not provide a location to serve him or otherwise cooperate with being served.

Because the process server still had not been able to serve Mr. Catts, on September 5, 2023, the undersigned contacted Joseph Rhodes, Respondent's

attorney, and the attorney on which the Court directed the Clerk of Court serve via email the documents filed in this case. Mr. Rhodes responded by asking if he could accept the documents. The undersigned responded that would not be acceptable without something in writing from Mr. Catts that Mr. Rhodes was authorized to accept service on behalf of the Respondent. The undersigned suggested that it would be easier if Mr. Catts provided the EEOC with a date and time that was convenient for him, and the EEOC would have the process server meet him. Mr. Rhodes did not respond.

The EEOC located another address for Mr. Catts and directed the process server to begin making attempts at the new location in addition to the old address. On September 6, 2023, the process server attempted service at the new address, which is believed to be Mr. Catts' home, but he was not present.

On Friday, September 8, 2023, the undersigned again reached out to Mr. Rhodes and provided the telephone number for the process server so Mr. Catts could set up a time to be served. As of today, September 11, 2023, the deadline by which the Court ordered the EEOC to serve Respondent with the Order, due to Mr. Catts' lack of cooperation and despite the EEOC's best efforts, the EEOC has been unable to serve Mr. Catts. It does, however, appear that the EEOC now has Mr. Catts'

attention and will be able to serve him this week.

In addition, during the undersigned's discussions with Mr. Rhodes, Mr. Rhodes did indicate that Respondent was working to comply with the Subpoena, and expects to do so by Friday, September 15, 2023. While Respondent has made such representations in the past, but did not follow through, which led this action, the EEOC is hopeful that Respondent will comply with the Subpoena this week and this action can be dismissed. The one-week extension until September 18, 2023, that the EEOC seeks will give the EEOC more time to serve Mr. Catts and will also allow time to determine whether Respondent will comply with the Subpoena by Friday, September 15, 2023. If it does, this action will be dismissed. That is, by the new deadline sought by the EEOC of September 18, 2023, either Respondent will comply, and the action will be dismissed, or if it does not comply, Mr. Catts will be served and the action will proceed.

Last, prior to filing this action, the undersigned had scheduled to be out of state from September 24, 2023, through September 28, 2023. The Court scheduled the Show Cause hearing for September 28, 2023. The EEOC is hopeful that Respondent complies with the Subpoena by September 15, 2023, and a hearing will not be necessary, but if the EEOC needs to proceed with this action, the EEOC

respectfully requests that pursuant to this Court's Local Rule 40.1, the Court continue the hearing from September 28, 2023, to a future date that is convenient to the Court.

For the foregoing reasons, the EEOC respectfully asks that this Court GRANT the Motion and extend the time for the EEOC to serve Respondent for one week until September 18, 2023, and continue the case from the September 28, 2023, calendar.

Respectfully submitted, this 11th day of September, 2023.

/s/Steven A. Wagner
Steven A. Wagner
Lead Counsel
Georgia Bar No. 000529
steven.wagner@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
(470) 531-4838 (direct)
(404) 909-7603 (mobile)