IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| | * | MC 123-021 |
| v. | * * | |
| GOOD EARTH PRODUCE & GARDEN CENTER, LLC, | * * * | |
| Defendant. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal. (Doc. 9.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Because the Parties' stipulation does not state that it seeks dismissal with prejudice, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA